AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00012 |
| Farbod Azari (AKA: Farbod 'Francis' Azari) | ) Assigned To : Harvey, G. Michael |
| DOB: XXXXXX | ) Assign. Date : 1/13/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | (Assaulting, Resisting, or Impeding Certain Officers) , |
| 18 U.S.C. § 111(b)(1) | (Assaulting, Resisting, or Impeding Certain Officers with a Deadly or Dangerous Weapon) , |
| 18 U.S.C. § 231(a)(3) | (Civil Disorder) |
| 18 U.S.C. § 1361 | (Destruction of Government Property) |
| 18 U.S.C. § 1751(a)(1) | (Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon), |
| 18 U.S.C. § 1751(b)(1)(A) | (Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon) , |
| 18 U.S.C. § 1752(a)(2) | (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon). |
| 18 U.S.C. § 1752(b)(1) (A) | (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon) |
| 18 U.S.C. § 1752(a)(4) | (Act of Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon) |
| 18 U.S.C. § 1752(b)(1)(A) | (Act of Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon) |
| 40 U.S.C. § 5104(e)(2)(F) | (Act of Physical Violence in the Capitol Grounds or Building ) |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Brittany Ausley, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 01/13/2023

*Judge's signature*

City and state: Washington, D.C.    G. Michael Harvey, U.S. Magistrate Judge

*Printed name and title*