AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America v. | ) |
|---|---|
| Farbod Azari (AKA: Farbod 'Francis' Azari) | ) Case: 1:23-mj-00012 <br> ) Assigned To : Harvey, G. Michael <br> ) Assign. Date : 1/13/2023 <br> ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Farbod Azari _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers) ,
  18 U.S.C. § 111(b)(1) (Assaulting, Resisting, or Impeding Certain Officers with a Deadly or Dangerous Weapon) ,
  18 U.S.C. § 231(a)(3) (Civil Disorder)
  18 U.S.C. § 1361 (Destruction of Government Property)
  18 U.S.C. § 1751(a)(1) (Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon),
  18 U.S.C. § 1751(b)(1)(A) (Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon) ,
  18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon).
  18 U.S.C. § 1752(b)(1) (A) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon)
  18 U.S.C. § 1752(a)(4) (Act of Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon)
  18 U.S.C. § 1752(b)(1)(A) (Act of Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon)
  40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Building )

Date:   01/13/2023                                G. Michael Harvey   Digitally signed by G. Michael Harvey
                                                                              Date: 2023.01.13 12:07:13 -05'00'
                                                   *Issuing officer's signature*

City and state:   Washington, D.C.                 G. Michael Harvey, U.S. Magistrate Judge
                                                   *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

**Return**

This warrant was received on *(date)* 1/13/23, and the person was arrested on *(date)* 1/18/23 at *(city and state)* Henrico, Virginia.

Date: 1/18/23

_____
*Arresting officer's signature*

David Crisp / Special Agent
*Printed name and title*