IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>Farbod Francis Azari | CASE NO: 1:23-cr-00251 |

### DEFENDANT'S MOTION FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS

COMES NOW Defendant, Farbod Francis Azari, by and through undersigned counsel and pursuant to the Rules of Federal of Criminal Procedure to modify the current conditions of release to remove curfew and GPS tracking.

1. The Defendant has been on pretrial release since January 26, 2023.

2. The case is scheduled for a status hearing on October 30, 2023.

3. The Defendant is required to participate in curfew restrictions from 9 pm to 6:00 am and GPS monitoring.

4. The Defendant has substantially complied with pretrial conditions of release since January 26, 2023[1].

5. The Defendant is self-employed and does not work the typical 9 a.m. to 5 p.m. job[2].

6. The Defendant is requesting the removal of curfew so that he does not

---

[1] On February 7, 2023 the Defendant had one curfew violation because of an oversight on his part. (See Docket Entry 26)
[2] The Defendant is self-employed and does real estate inspections and real estate investments.

have to worry about making it home after traveling long distances for work.

7. Furthermore, the GPS bracelet around his ankle is embarrassing when talking with potential clients and customers.

8. Undersigned requested the Government's consent on June 1, 2023, and the Government opposed the change on June 21, 2023.

9. Time and compliance has been the material change of circumstances to justify modifying conditions of release.

WHEREFORE the defendant prays that the court modify his conditions pretrial release. He further prays a hearing on this motion, if necessary, so that he may provide the court with evidence relevant to determining the issues he has raised. Proposed orders are attached.

Respectfully submitted,

ROLLINS AND CHAN

/s/
_____
Mark Rollins
DC Bar Number: 453638
Counsel for Farbod Francis Azari
419 7TH Street, NW
Suite 405
Washington, DC 20004
Telephone No. 202-455-5610
Direct No: 202-455-5002
mark@rollinsandchan.com

**Date Filed:** September 13, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2023, this motion was electronically filed pursuant to the rules of the Court.

/s/
_____
Mark Rollins