IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| FARBOD AZARI, | : Case No: 23-cr-251 (RCL) |
| a/k/a "Francis Azari," | : |
| Defendant. | : |

Let this be filed.
Roger C. Lamberth
U.S.D.J. 1/22/24

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant Farbod Azari, a/k/a "Francis Azari," with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting

Doc ID: 7b0c33d3b3ab2080d7814dc9782812d72940c8a2

in the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.7 million dollars for repairs.

Doc ID: 7b0c33d3b3ab2080d7814dc9782812d72940c8a2

7.	Shortly thereafter, at approximately 2:20 p.m., members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Participation by Farbod Azari in the January 6, 2021, Capitol Riot*

8.	The defendant, Farbod Azari ("Azari"), lives in Richmond, Virginia. On January 6, 2021, the defendant traveled to Washington, D.C.

9.	After Azari arrived in Washington D.C. on January 6, 2021, he proceeded to the Capitol where he joined in the protest of Congress' certification of the Electoral College outside the West Front of the Capitol.

10.	By approximately 1:12 p.m., police officers had cleared rioters from an area on the south side of the West Plaza of the Capitol building and were erecting metal bike-rack style fencing at the stop of a set of steps. At the foot of the steps was a row of black metal fencing, with a sign reading "KEEP OFF FENCE" affixed to it. At approximately 1:13 p.m., while other rioters dismantled sections of the fencing at the foot of the steps, Azari approached a section of the fencing

Doc ID: 7b0c33d3b3ab2080d7814dc9782812d72940c8a2

slightly father south.  Azari gestured at the line of police officers and yelled.  Azari then spat at the line of officers, as depicted below, and retreated into the crowd:





Page **4** of **17**

Doc ID: 7b0c33d3b3ab2080d7814dc9782812d72940c8a2

11. Several seconds later, Azari approached the fencing again and threw a water bottle at the line of officers, as depicted below:





Doc ID: 7b0c33d3b3ab2080d7814dc9782812d72940c8a2



12. At approximately 1:18 p.m., Azari joined rioters dismantling a section of the black fencing at the base of the steps by kicking and pulling at it, using his foot to kick at and stomp on the gate, until it was flat on the ground, as depicted below:




13. Shortly after 2:00 p.m., Azari joined a crowd of rioters under scaffolding erected over the Northwest stairs—a set of steps leading from the north side of the West Plaza of the Capitol, to the north side of the Upper West Terrace of the Capitol. As other rioters tried to break through metal bike-rack barricades guarded by USCP officers, Azari waved a red flag on white flagpole, as depicted below:



14. Azari then jabbed the flagpole at the line of USCP officers, and made physical contact with an officers' arm:



Doc ID: 7b0c33d3b3ab2080d7814dc9782812d72940c8a2



15. At approximately 2:09 p.m., the rioters breached the barricades and surged up the Northwest stairs towards the Capitol building. Azari, at the front of the group, chased retreating USCP officers up the stairs:



16. Azari gestured at the crowd, encouraging them to follow him up the steps.

17. By approximately 3:30 p.m., Azari rushed to the north side of the Upper West Terrace of the Capitol building, where police officers had formed a line between rioters and the Capitol building. One rioter counted down from ten, gesturing at other rioters to follow him, then ran at the line of officers attempting to break through. Azari emerged from the crowd, holding a water bottle and waving at other rioters to follow him. Azari attempted to break through the line of officers by pushing his shoulder into a police officer who was standing between him and the Capitol building. The officer pushed Azari back into the crowd:



Doc ID: 7b0c33d3b3ab2080d7814dc9782812d72940c8a2





18.  Azari then threw a water bottle at the line of officers:

Doc ID: 7b0c33d3b3ab2080d7814dc9782812d72940c8a2




19.     Moments later, Azari picked up a flagpole with a blue and white "Trump" flag off of the ground, raised it behind his head, took several steps towards the line of police officers, and swung the flagpole towards the line of officers:




Doc ID: 7b0c33d3b3ab2080d7814dc9782812d72940c8a2



20.     Azari then retreated several feet and held the flagpole like a spear before he threw it at the line of officers.

Doc ID: 7b0c33d3b3ab2080d7814dc9782812d72940c8a2





Doc ID: 7b0c33d3b3ab2080d7814dc9782812d72940c8a2



Doc ID: 7b0c33d3b3ab2080d7814dc9782812d72940c8a2

*Elements of the Offense*

21. The parties agree that Assaulting, Resisting, or Impeding Certain Officers with a Dangerous or Deadly Weapon in violation of 18 U.S.C. § 111(a)(1) and (b) requires the following elements:

   a. First, the defendant assaulted, resisted, opposed, impeded, intimidated, or interfered with officers;
   b. Second, the defendant did such acts forcibly;
   c. Third, the defendant did such acts voluntarily and intentionally;
   d. Fourth, the officers were assisting officers of the United States who were then engaged in the performance of their official duties; and
   e. Fifth, in committing such acts, the defendant intentionally used a deadly or dangerous weapon.

22. The parties agree that Civil Disorder in violation of 18 U.S.C. § 231(a)(3) requires the following elements:

   a. First, the defendant knowingly committed an act with the intended purpose of obstructing, impeding, or interfering with one or more law enforcement officers;
   b. Second, at the time of the defendant's act, the law enforcement officer was engaged in the lawful performance of their official duties incident to and during a civil disorder; and
   c. Third, the civil disorder in any way or degree obstructed, delayed, or adversely affected commerce or the movement of any article or commodity in commerce, or the conduct or performance of any federally protected function.

Doc ID: 7b0c33d3b3ab2080d7814dc9782812d72940c8a2

### *Defendant's Acknowledgments*

23.  The defendant, Farbod Azari, knowingly and voluntarily admits to all the elements of 18 U.S.C. § 111(b)(1) Assaulting, Resisting, or Impeding Certain Officers with a Dangerous or Deadly Weapon. Specifically, the defendant admits that he forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with any person designated in 18 U.S.C. § 1114 while engaged in or on account of the performance of their official duties. Azari did this by making physical contact with said officer and acted with the intent to commit another felony. Azari used a dangerous weapon in furtherance of this offense, that is the flag pole with the blue and white flag attached described in paragraphs 19-20.

24.  Additionally, the defendant, Farbod Azari knowingly and voluntarily admits that his conduct satisfies all the elements of 18 U.S.C. § 231(a)(3), Civil Disorder. Specifically, Azari committed acts, described in paragraphs 13-16, with the intended purpose of obstructing, impeding, or interfering with one or more law enforcement officers who were engaged in the lawful performance of their official duties incident to and during a civil disorder which obstructed, delayed, or adversely affected either commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:   */s/ Kyle M. McWaters*
Kyle M. McWaters
Assistant United States Attorney
D.C. Bar No. 241625
601 D Street NW
Washington, DC 20003
(202) 252-6983
kyle.mcwaters@usdoj.gov

Doc ID: 7b0c33d3b3ab2080d7814dc9782812d72940c8a2

## DEFENDANT'S ACKNOWLEDGMENT

I, Farbod Azari, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 01 / 12 / 2024

_____
Farbod Azari
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 01 / 12 / 2024

*Mark Rollins*
_____
Mark Rollins
Attorney for Defendant