CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 23cr251-2 (RCL) |
| ) | |
| FARBOD AZARI ) | |
| ) | |

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____          Date: 1/22/24

Royce C. Lamberth
United States District Judge