**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 23-cr-251 (RCL)** |
| **FARBOD AZARI,** *et al* | |
| **Defendant.** | |

## <u>UNOPPOSED MOTION TO CONTINUE SENTENCING</u>

The United States of America respectfully moves this Court to continue the sentencings for Farbod Azari and Farhad Azari, which are currently scheduled for May 21, 2024.

Before filing this motion, the government has spoken with defense counsel Mark Rollins and Stephen Brennwald, and the defendants do not oppose this motion.

The parties respectfully request that the Court continue the sentencing hearing to the **week of June 3, 2024**.

WHEREFORE, the government respectfully requests that the Court grant this unopposed motion for a continuance of the Azaris' sentencing hearing and adjust the date for Sentencing Memorandum in accordance with the applicable rules.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:    */s/ Kyle M. McWaters*
Kyle M. McWaters
Assistant United States Attorney
D.C. Bar No. 241625
601 D Street NW
Washington, DC 20003
(202) 252-6983
kyle.mcwaters@usdoj.gov

1

**<u>CERTIFICATE OF SERVICE</u>**

On April 9, 2024, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing System.

By:    <u>/s/ *Kyle M. McWaters*</u>
          Kyle M. McWaters
          Assistant United States Attorney