# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 1:23-cr-251 |
| **FARBOD AZARI** and : | |
| **FARHAD AZARI,** | |
| : | |
| **Defendants.** : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Taylor L. Fontan, who may be contacted by telephone on (202) 815-8597 or e-mail at Taylor.Fontan@usdoj.gov. This is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ *Taylor L. Fontan*
Taylor L. Fontan
IN 35690-53
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 815-8597
Taylor.fontan@usdoj.gov